

FILED

2018 MAY 16 PM 12: 13

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Salvador AGUELLES-Vallejo,<br><br>　　　　　　Defendant. | Case No. '18 MJ8756<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section 1325<br>Illegal Entry (Misdemeanor) |

The undersigned complainant being duly sworn states:

On or about May 15, 2018, within the Southern District of California, defendant, Salvador AGUELLES-Vallejo, an alien, did knowingly and willfully enter the United States at a place other than as designated by immigration officers, eluding examination and inspection by Immigration Officers, a misdemeanor; in violation of Title 8, United States Code, Section 1325.

And the complainant states this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

_____
ROBERT REYES
BORDER PATROL AGENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 16th DAY OF MAY, 2018.

_____
HON. PETER C. LEWIS
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Salvador AGUELLES-Vallejo

## STATEMENT OF FACTS

The complainant states this complaint is based upon the investigative report of Border Patrol Agent (BPA) D. Goings that defendant, Salvador AGUELLES-Vallejo (AGUELLES) entered the United States and was arrested on May 15, 2018, in Calexico, California.

On May 15, 2018, BPA R. Moore and D. Goings was conducting linewatch duties approximately .5 miles east of the Calexico, California west port of entry. This area consists of the city of Calexico, California which consists of residential and commercial buildings. Aliens frequently use this area to illegally enter into the United States in an attempt to blend in with the local populace.

At approximately 5:21 a.m., BPA Moore and Goings observed an individual, later identified as AGUELLES, climb down the United States/Mexico International Boundary Fence and proceed to run north. BPA Moore and Goings responded to the area and located AGUELLES, approximately 50 yards north of the United States/Mexico International Boundary. BPA Moore identified himself as a BPA and questioned AGUELLES as to his citizenship. BPA Moore ascertained AGUELLES is a citizen of Mexico without the proper documentation to enter, work, or reside in the United States legally. BPA Moore then placed AGUELLES under arrest.

3

1  Record checks revealed AGUELLES was ordered removed from the United States
2  by a Designated Official on May 12, 2018.

3  AGUELLES was read his Miranda Rights. AGUELLES stated he understood his
4
5  rights and was willing to answer questions without the presence of an attorney.
6  AGUELLES stated he is a citizen of Mexico. AGUELLES stated he did not possess any
7
8  documentation allowing him to enter, work, or reside in the United States legally.
9  AGUELLES stated his intended destinations was Los Angeles, California.

10  There is no evidence showing AGUELLES has applied for and sought or received
11
12  permission from the United States Attorney General or the Secretary of the Department of
13  Homeland Security to enter the United States after being previously removed.

4